1034

No. 93–1445. LANDESBERG v. UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 93–1447. KUEHL ET UX. v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 93–1451. BROWN ET VIR v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1467. DUNCAN v. STRANGE. C. A. 11th Cir. Certiorari denied.

No. 93–1474. MCDONALD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–1476. CHRISTIANSEN v. SMITH ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1511. BRAWNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5455. SIMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6636. QUARLES v. SCUDERI ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–6659. SLOAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6784. WARREN v. UNITED STATES;
No. 93–7495. WARREN v. UNITED STATES;
No. 93–7500. PEACOCK v. UNITED STATES; and
No. 93–7536. JENKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7025. NAPOLES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7084. TUCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7095. POWERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.